TOWER LEGAL GROUP, P.C.
Renee P. Ortega (SBN 283441)
James A. Clark (SBN 278372)
11335 Gold Express Drive, Suite 105
Gold River, California 95670
Telephone: (916) 361-6009
Facsimile: (916) 361-6019

Attorneys for Plaintiff
LATOYA UPCHURCH

SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
mburns@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Geoffrey C. Westbrook (SBN 281961)
gwestbrook@seyfarth.com
Phillip J. Ebsworth (SBN 311026)
pebsworth@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
PROGRESSIVE CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA UPCHURCH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, an Ohio Corporation; and DOES 1 to 25, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01526-KJM-AC<br><br>**JOINT STIPULATION TO POSTPONE IMPLEMENTATION OF VDRP; ORDER** |

JOINT STIPULATION TO POSTPONE IMPLEMENTATION OF VDRP; ORDER
62074764v.1

**STIPULATION**

Plaintiff Latoya Upchurch ("Plaintiff") and Defendant Progressive Casualty Insurance Company ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on December 13, 2019, the Parties appeared at the Scheduling Conference held before District Judge Kimberly J. Mueller;

WHEREAS, on December 23, 2019, the Court referred this matter to the Court's Voluntary Dispute Resolution Panel ("VDRP") for the convening of a VDRP session in May 2020;

WHEREAS, on January 24, 2020 Timothy Long was appointed as VDRP Neutral Attorney by the Court's VDRP program;

WHEREAS, on February 6, 2020, Timothy Long was withdrawn as the VDRP Neutral Attorney due to a conflict of interest;

WHEREAS, on February 7, 2020, the VDRP program provided a further list to the Parties of three potential neutrals for this matter;

WHEREAS, the Parties have since engaged in informal discussions concerning informal resolution which are ongoing;

WHEREAS, the Parties wish to avoid unnecessary consumption of the time and resources of the Court's ADR department and VDRP program;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective counsel of record:

1. The Parties jointly request the deadline to submit a selected neutral be continued 21 days while informal settlement discussions continue;

2. The Parties will agree on and select a neutral from the list provided on February 7, 2020, by the VDRP program and notify the VDRP program of their selection on or before March 20, 2020;

3. If the Parties are unable to agree on a neutral, or if the Parties do not inform the VDRP program of their selection on or before March 20, 2020, a randomly selected neutral will be assigned.

DATED: February 28, 2020            Respectfully submitted,

                                    TOWER LEGAL GROUP, P.C.


                                    By: */s/ Renee P. Ortega*
                                        Renee P. Ortega
                                        James A. Clark

                                    Attorneys for Plaintiff
                                    LATOYA UPCHURCH


DATED: February 28, 2020            SEYFARTH SHAW LLP


                                    By: */s/ Geoffrey C. Westbrook*
                                        Michael J. Burns
                                        Geoffrey C. Westbrook
                                        Phillip J. Ebsworth

                                    Attorneys for Defendant
                                    PROGRESSIVE CASUALTY INSURANCE
                                    COMPANY

**ORDER**

Having read and consider the foregoing Stipulation of the Parties and good cause appearing, IT IS HEREBY ORDERED:

1. The Parties' deadline to submit a selected neutral is continued 21 days;

2. The Parties will agree on and select a neutral from the list provided on February 7, 2020, by the VDRP program and notify the VDRP program of their selection on or before March 20, 2020;

3. If the Parties are unable to agree on a neutral, or if the Parties do not inform the VDRP program of their selection on or before March 20, 2020, a randomly selected neutral will be assigned.

IT IS SO ORDERED.

DATED: March 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE